### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT GREENFIELD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 14-4429 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this 19th day of October, 2015, upon consideration of Plaintiff's Complaint (Doc. No. 4), Defendant's Answer (Doc. No. 10), the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11), and the Magistrate Judge's Report and Recommendation (Doc. No. 22), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 22) is **APPROVED** and **ADOPTED.**

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11) is **DENIED.**

2. Judgment is entered in **FAVOR** of Defendant Carloyn W. Colvin, Acting Commissioner of Social Security, and **AGAINST** Plaintiff Robert Greenfield. The Commissioner's decision is **AFFIRMED**.

3. The Clerk of Court shall **CLOSE** this case for statistical purposes.

                                        **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*

                                        _____
                                        Paul S. Diamond, J.